# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>vs.<br><br>Gilbert Arias<br>         Defendant. | Case No.: CR 01-00187 ABC<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _____ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.   (X) The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _defendant's criminal history, lack of stable residence, lack of employment, in addition to the allegations in the presentence report_

1
2
3
4   and/or
5 B. [X] The defendant has not met (his/her) burden of establishing by
6 clear and convincing evidence that (he/she) is not likely to pose
7 a danger to the safety of any other person or the community if
8 released under 18 U.S.C. § 3142(b) or (c). This finding is based
9 on: Defendants's lack of stable residence,
10 lack of employment, prior criminal history,
11 and the allegations in the presentence
12 report
13
14   IT THEREFORE IS ORDERED that the defendant be detained pending
15 the further revocation proceedings.
16
17 Dated: 1-23-08
18
19                                        _____
20                                        JENNIFER T. LUM
                                          UNITED STATES MAGISTRATE JUDGE

2